Briar Horn (SBN 330215)
BrightWork Law
447 Sutter Street, Suite 506
San Francisco, California 94108
Telephone: (415) 827-1960
Email: briar@brightworklaw.com

Attorney for Plaintiff TRIUMPH LABS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRIUMPH LABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIMI CRUSH LIMITED, a California corporation, AND DOE DEFENDANTS 1 THROUGH 50,<br><br>Defendant. | Case No.: 5:26-cv-01891-NC<br><br>**PLAINTIFF TRIUMPH LABS, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANTS 1 THROUGH 50 WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)]<br><br>Judge: Hon. Nathanael M. Cousins |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff TRIUMPH LABS, INC. ("Plaintiff") hereby voluntarily dismisses, without prejudice, all claims in this action against DOE DEFENDANTS 1 THROUGH 50, inclusive.

Rule 41(a)(1)(A)(i) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. A plaintiff may use the rule to dismiss all claims against fewer than all defendants. *Pedrina v. Chun*, 987 F.2d 608, 609–10 (9th Cir. 1993). None of Doe Defendants 1 through 50 has been identified, served, or appeared in this action, and none has served an answer or a motion for

summary judgment. This dismissal is therefore effective upon filing and requires no order of the Court. *See Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995).

Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claims against these defendants. This dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

This dismissal does not affect Plaintiff's claims against Defendant KIMI CRUSH LIMITED, a California corporation, against which the Clerk entered default on August 12, 2026. (Dkt. 24.) Following this dismissal, KIMI CRUSH LIMITED is the sole remaining defendant, and Plaintiff will proceed with its motion for default judgment against it under Fed. R. Civ. P. 55(b)(2).

Dated: November 12, 2026

Respectfully submitted,

**BRIGHTWORK LAW**

Briar Horn
Attorney for Plaintiff
TRIUMPH LABS, INC.